# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
)
        vs. )
RENE ESPINOLA-GALLEGOS, ET AL )
)
        Defendant(s) )

CRIMINAL NO. 08CR1974-BEN
08mj1737

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

EFRAIN GUZMAN — SAAVEDRA

DATED: 6/17/8

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
         **Deputy Clerk**
**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082